LOUIS A. OCKEY, an Infant, by EVA OCKEY, His Guardian ad Litem, et al., Respondents, *v.* PILGRIM LAUNDRY, INC., et al., Appellants.

Argued October 13, 1948; denied October 22, 1948.

*William G. Walsh, Walter G. Evans* and *Paul O. Hastings* for apellants.

*James G. Purdy* and *Robert Hill Nix* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.